# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-091-RLV-DCK

| | |
|---|---|
| CINDI JACOBS, individually, and as parent and guardian of minor child, S.J.; and MAUREEN WILCOX, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| IREDELL COUNTY; TRAVIS HEDRICK; JOSE RODRIGUEZ; CHRISTINE ROYAL; CRAIG WAGGONER; RON SMITH, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding important administrative procedures. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned observes that this lawsuit involves a minor child. As such, this Court's "Administrative Procedures Governing Filing And Service By Electronic Means" and the Federal Rules of Civil Procedure direct that minors' names shall not be used in pleadings, documents and exhibits, whether filed electronically or on paper. See http://www.ncwd.uscourts.gov/court-info/local-rules-and-orders/local-rules, "Administrative Procedures…" § I. (1); see also, Fed.R.Civ.P. 5.2; A.C.L.U. v. Holder, 673 F.3d 245, 258 n.8 (4th Cir. 2011).

**IT IS, THEREFORE, ORDERED** that the parties shall review and carefully abide by the "Administrative Procedures…" of this Court, as well as the Federal Rules of Civil Procedure.

**SO ORDERED.**

Signed: October 2, 2014

David C. Keesler
United States Magistrate Judge