IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-091-RLV-DCK

| | | |
|---|---|---|
| **CINDI JACOBS, individually, and as parent and guardian of minor child, S.J.; and MAUREEN WILCOX,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **ORDER** |
| **IREDELL COUNTY; TRAVIS HEDRICK; JOSE RODRIGUEZ; CHRISTINE ROYAL; CRAIG WAGGONER; and RON SMITH,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Timothy L. Patti, filed a "Certification Of Mediation Session" (Document No. 43) notifying the Court that the parties reached a settlement on March 28, 2016. The Court commends the parties and the mediator for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **April 28, 2016**.

**SO ORDERED**.

Signed: April 4, 2016

David C. Keesler
United States Magistrate Judge