IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-091-RLV-DCK

| | |
|---|---|
| CINDI JACOBS, individually, and as parent and guardian of minor child, S.J.; and MAUREEN WILCOX, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>IREDELL COUNTY; TRAVIS HEDRICK; JOSE RODRIGUEZ; CHRISTINE ROYAL; CRAIG WAGGONER; and RON SMITH, )<br>)<br>)<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Seal" (Document No. 49) filed July 5, 2016. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion To Seal" (Document No. 49) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Affidavit Of William E. Moore, Jr. …." (Document No. 50); the "Affidavit Of Attorney Jim R. Funderburk In Support Of Motion …" (Document No. 51); and "Release" (Document No. 52) shall be filed **UNDER SEAL** in this action, and remain under seal until further Order of this Court.

**SO ORDERED.**

Signed: July 6, 2016

_____
David C. Keesler
United States Magistrate Judge